```
STEPHANIE M. HINDS
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
EDMUND DARCHER, Washington State Bar No. 42906
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2662
Edmund.Darcher@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PIERRE MARCEL SIROT,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:24-cv-02275-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that the above-captioned case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | STEPHANIE M. HINDS<br>United States Attorney |
| Dated: August 20, 2024 | By: */s/ Edmund Darcher*<br>EDMUND DARCHER<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |
| Dated: August 20, 2024 | */s/ Francesco P. Benavides*<br>(Per Authorization)<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 20, 2024   _____
THE HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND
3:24-cv-02275-WHO                                        2